**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Cynthia A. Bethea, | Case No. 24-14419-pmm |
| | Chapter 13 |
| *Debtor.* | |

**Debtor's Objection to Claim No. 21**
**by Claimant Sun East Federal Credit Union**

**AND NOW**, Debtor Cynthia A. Bethea, through her attorney, objects to a proof

of claim filed by a creditor in this case pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P.

3007, and L.B.R. 3007-1. In support of this objection, the Debtor states as follows:

1.  The Debtor filed this case under chapter 13 on December 11, 2025.

2.  Claimant Sun East Federal Credit Union filed unsecured Proof of Claim No.

21 in the purported amount of $5,603.84 on February 18, 2025. A true and correct

copy of the proof of claim is attached as Exhibit A.

3.  The statute of limitations for a breach of contract claim in Pennsylvania is

four years from the date of the breach. *See* 42 Pa. C.S. § 5525; *In re Freeman*, 540

B.R. 129, 136-37 (Bankr. E.D. Pa. 2015).

4.  Although Claim No. 21 appears to be based on an open-end or revolving

consumer credit agreement, it does not contain the supporting information indicating

the date of the last payment on the account, which is required by Fed R. Bankr. P.

3001 (c)(3)(A)(iv).

5.  Claim No. 21 must be disallowed because it does not include the necessary

supporting information, which leaves the Debtor unable to ascertain whether it

represents a valid debt.

2

For those reasons, the Court must enter relief in the form of order attached,

and further in the Debtor's favor if necessary and proper under the law.


Date: March 12, 2025                **SADEK LAW OFFICES, LLC**
                                    *Attorney for Debtor*

                                    By: /s/ Brad J. Sadek
                                        Brad J. Sadek
                                        1500 JFK Boulevard, Suite 220
                                        Philadelphia, PA 19102
                                        215-545-0008
                                        brad@sadeklaw.com