## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Cynthia A. Bethea,<br><br>                              *Debtor*. | Case No. 24-14419-pmm<br>Chapter 13 |

### Motion for Sanctions for Violation of the Automatic Stay by Lakeview Loan Servicing LLC

**AND NOW**, Debtor Cynthia A. Bethea, represented by her attorney, Michael I. Assad, respectfully moves this Court to impose sanctions against Lakeview Loan Servicing LLC. In support of this Motion, the Debtor states as follows:

### Relief Requested

1. The Debtor requests that the Court enter an order finding that Lakeview caused her to suffer damages by willfully violating the automatic stay. She also requests that the Court compel Lakeview to restore her access to its online portal and award actual damages, including attorney's fees and costs.

### Background

2. The Debtor filed this case under chapter 13 on December 11, 2024.

3. The Debtor is a borrower under a mortgage loan serviced by Lakeview, which is secured by the Debtor's real property located at 208 Yorkshire Road in Fairless Hills, Pennsylvania. Lakeview filed a proof of claim associated with the mortgage on February 14, 2025.

4. Lakeview maintains an online portal that enables borrowers to make mortgage payments electronically, review their payment history, and access other account information.

5. Before filing this case, the Debtor regularly accessed Lakeview's portal to make payments, review her payment history, and access other account information. Exhibit A. But Lakeview disabled the Debtor's portal access after she filed this case and continues to block her access. *Id.* This deliberate interference has caused the Debtor stress and prevents her from accessing essential account information necessary for the administration of her chapter 13 plan. *Id.*

## Grounds for Relief

6. The automatic stay is violated when a creditor "exercise[s] control over property of the estate." 11 U.S.C. § 362(a)(3). Creditors that willfully violate the stay are liable for "actual damages, including costs and attorney['s] fees. . . ." 11 U.S.C. § 362(k)(1).

7. To recover damages, a debtor must show that "the creditor violated the automatic stay, the violation of the stay was willful, and the willful violation caused some injury." *In re Scungio Borst & Assocs.*, 652 B.R. 644, 652 (Bankr. E.D. Pa. 2023) (Chan, B.J.) (cleaned up). A stay violation is willful "when the creditor [takes prohibited action] with knowledge of the bankruptcy." *Id.* The prohibited act must be intentional, but it need not be done with the intent of violating the law. *Id.*

8. The Debtor's right to use the portal is property of the bankruptcy estate. *In re Klemkowski*, 664 B.R. 681, 701 (Bankr. D. Md. 2024), leave to appeal denied sub nom. *Cenlar FSB v. Klemkowski*, 2025 WL 81513 (D. Md. Jan. 13, 2025). By disabling the Debtor's portal access, Lakeview improperly exercised control over estate property. *Id.*

9. Lakeview filed a proof of claim, removing any doubt that it knew about the bankruptcy case. Because it knew about the bankruptcy and because the act it took to control property of the estate is necessarily deliberate and willful, Lakeview's conduct violated and continues to violate the automatic stay.

10. Lakeview's actions have forced the Debtor to manage mortgage payments through less reliable methods, causing damages in the form of emotional distress. These actions also obstruct her ability to reliably make timely mortgage payments as required by the chapter 13 plan, needlessly complicating the administration of this bankruptcy case.

## Conclusion

By disabling her access to its online payment portal, Lakeview has disrupted the Debtor's ability to manage her mortgage account, caused her needless stress, and complicated the administration of this bankruptcy case. These actions represent a deliberate, ongoing violation of the automatic stay. For those reasons, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: April 3, 2025                             **SADEK LAW OFFICES, LLC**

                                               By: */s/ Michael I. Assad*
                                                   Michael I. Assad
                                                   1500 JFK Boulevard, Suite 220
                                                 Philadelphia, PA 19102
                                                 215-545-0008
                                                 michael@sadeklaw.com

                                              *Attorney for Debtor*