**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Cynthia A. Bethea,<br><br>*Debtor*. | Case No. 24-14419-pmm<br>Chapter 13 |

**Praecipe to Withdraw Document**

To the Clerk of Court:

    Please withdraw the Debtor's Objection to Claim No. 21 by Claimant Sun East Federal Credit Union that was filed at ECF No. 15. Thank you.

Date: April 4, 2025

SADEK LAW OFFICES, LLC
*Attorney for Debtor*

By: /s/ Brad J. Sadek, Esq.
    Brad J. Sadek, Esq.
    1500 JFK Boulevard, Suite 220
    Philadelphia, PA 19102
    215-545-0008
    brad@sadeklaw.com